VICTORIA C. DODD, peticionaria, *v.* CORTE DE DISTRITO DE SAN JUAN, HON. C. LLAUGER DÍAZ, JUEZ, demandada.

No. 942.—*Sometido:* Febrero 12, 1934. *Resuelto:* Julio 28, 1934.

*M. A. García del Rosario,* abogado de la peticionaria; *R. Martínez Nadal, F. Navarro Ortiz* y *L. Llorens Torres,* abogados de las interventoras, partes contrarias en el pleito principal.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Victoria C. Dodd fué una acreedora por sentencia victoriosa en procedimiento ejecutivo sumario, y la finca hipote-

cada fué adjudicada a ella. En una petición de *certiorari* alega que no puede obtener la posesión de la finca debido a una orden dictada por la corte embargando los frutos sobre la propiedad objeto del mencionado procedimiento ejecutivo. Lo que ha ocurrido fué que en otro pleito iniciado bajo un número distinto varias personas iniciaron un procedimiento ejecutivo sumario contra la peticionaria, Victoria C. Dodd, y otros, y la corte ordenó un embargo contra los mencionados bienes. El embargo consistió, en parte por lo menos, en ordenar el nombramiento de un administrador judicial para la finca objeto del pleito incoado por Victoria C. Dodd, y a esta última se le prohibió que recobrara los frutos de la misma, etc.

Ahora bien, la peticionaria compareció en el procedimiento hipotecario por ella iniciado y solicitó varios remedios, que la corte le denegó. A Victoria C. Dodd se le dió oportunidad para comparecer en el pleito en que se había designado al administrador, mas ella no lo hizo así. Tampoco dió paso alguno tendente a anular dicho embargo.

Estamos lejos de convencidos de que la corte inferior no pudiera designar a un administrador judicial en la forma en que lo hizo. Lo que sí resolvemos, sin embargo, es que hasta que la peticionaria comparezca en el pleito en que se nombró un administrador y solicite algún remedio en el mismo, no debemos intervenir en el procedimiento seguido en la corte inferior. Podría ser que la orden que se tratara de dictar en el primer procedimiento ejecutivo fuera *coram non judice*.

Sea ello como fuere, resolvemos que las cuestiones suscitadas en el presente recurso de *certiorari* no han sido ventiladas debidamente en la corte inferior.

Por razones idénticas o similares, la moción solicitando se eleven los autos del segundo pleito debe ser declarada sin lugar.

*Debe anularse el auto expedido.*